UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LARRY WAYNE MCCRAY | CIVIL ACTION NO. 16-260 |
| V. | JUDGE S. MAURICE HICKS, JR. |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by the Plaintiff, and determining that the findings of the Magistrate Judge are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint (Record Document 1) is **dismissed with prejudice** as frivolous under 28 U.S.C. § 1915(e). Additionally, Plaintiff's "Motion to Clarify" (Record Document 12), to the extent that it seeks any relief, is denied as moot. The Clerk of Court is instructed to send a copy of this judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE